Opinion filed October 26, 2006 

















 
 
  
 
 







 
 
  
 
 




Opinion filed October 26, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00129-CV 

                                                    __________

 

             PYRAMID HEALTH CARE CORPORATION D/B/A ABILENE

       CONVALESCENT CENTER, SENIOR LIVING PROPERTIES, L.L.C.,

                              AND
WYVONNE ROYSDON, Appellants

                                                             V.

                                  GUADALUPE
ALMANZA, Appellee

 



 

                                         On
Appeal from the 259th District Court

                                                           Jones
 County, Texas

                                                   Trial
Court Cause No. 20,713

 



 

                                             M
E M O R A N D U M   O P I N I O N

On July 6, 2006, this court granted the parties= agreed motion to abate in order to
allow the trial court the opportunity to effectuate a settlement
agreement.  The trial court has granted
the parties= motion
to vacate the original judgment and has entered an agreed order vacating the
February 17, 2006 final judgment.

Therefore, this appeal is dismissed.

 

October
26, 2006                                                                    PER
CURIAM

Panel
consists of:  Wright, C.J., and

McCall, J., and Strange, J.